AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| MAURICIO MAZABEL SOTO | ) Case No. |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 8, 2019  in the country of  COLOMBIA , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 959(a) and § 841(b)(1)(A) | did unlawfully, knowingly, and intentionally distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, knowing or having reasonable cause to believe that such substance or chemical will be unlawfully imported into the United States. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

ADRIAN CHINDGREN, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  06/14/2019

*Judge's signature*

City and state:  Washington, DC   ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*